# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAUSTEVEION JOHNSON, | Case No. 2:17-cv-01121-APG-VCF |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO AMEND** |
| DAVID WILLIS, et al., | |
| Defendants. | (ECF No. 3) |

IT IS ORDERED that the plaintiff's motion to amend **(ECF No. 3) is GRANTED.** The court will screen the amended complaint in due course.

DATED this 15th day of March, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE