# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>        Plaintiff,<br><br>vs.<br><br>DAVID WILLIS, *et al.*,<br><br>        Defendants. | 2:17-cv-01121-APG-VCF<br>**ORDER** |

Before the Court is Plaintiff's Motion to Exclude Case from Mediation. (ECF NO. 9).

Plaintiff has given sufficient reason to exclude this case from the Inmate Early Mediation program. Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion to Exclude Case from Mediation (ECF NO. 9) is GRANTED.

IT IS FURTHER ORDERED that the Inmate Early Mediation Conference scheduled for July 27, 2018 is VACATED.

DATED this 6th day of June, 2018.

                                                                                      CAM FERENBACH<br>
                                                                                      UNITED STATES MAGISTRATE JUDGE