# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>        Plaintiff,<br><br>v.<br><br>DAVID WILLIS, et al.,<br><br>        Defendants. | Case No. 2:17-cv-01121-APG-VCF<br><br>**ORDER GRANTING MOTION TO VOLUNTARILY DISMISS CLAIMS AGAINST DEFENDANTS WILLIS AND LEWIS**<br><br>(ECF No. 34) |

    Plaintiff filed a motion to voluntarily dismiss his claims against defendants David Willis and Joseph Lewis. ECF No. 34. The defendants do not oppose. ECF No. 35.

    IT IS ORDERED that the plaintiff's motion to dismiss his claims against David Willis and Joseph Lewis **(ECF No. 34) is GRANTED.** All claims against Willis and Lewis are dismissed without prejudice.

    DATED this 31st day of May, 2019.

                                                                      ANDREW P. GORDON<br>
                                                                      UNITED STATES DISTRICT JUDGE