# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>DAVID WILLIS, et al.,<br><br>Defendants. | Case No. 2:17-cv-01121-APG-VCF<br><br>**ORDER DENYING MOTION TO CONSOLIDATE AND MOTION FOR CASE MANAGEMENT CONFERENCE**<br><br>(ECF Nos. 29, 33) |

Plaintiff Lausteveion Johnson moves to consolidate this case with two other cases. There are insufficient reasons to consolidate those matters at this time, so I will deny the motion.

The defendants move for a case management conference, primarily to discuss how the case will proceed if consolidation is granted. Because I am denying the motion to consolidate, I see no reason for a case management conference at this time. So the defendants' motion will be denied.

IT IS ORDERED that the plaintiff's motion to consolidate **(ECF No. 29) is DENIED**.

IT IS FURTHER ORDERED that the defendants' motion for a case management conference **(ECF No. 33) is DENIED**.

DATED this 14th day of June, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE