# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID WILLIS, *et al.*,<br><br>    Defendants. | 2:17-cv-01121-APG-VCF<br><br>**ORDER** |

This case has been assigned to the undersigned Magistrate Judge by random draw. Because his impartiality might reasonably be questioned, the undersigned must recuse himself from the above entitled and numbered case. 28 U.S.C. § 455 Code of Conduct for United States Judges, Canon 3(C)(1).

IT IS SO ORDERED.

DATED this 21st day of January, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE