UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>    Plaintiff<br><br>v.<br><br>DAVID WILLIS, et al.,<br><br>    Defendants | Case No.: 2:17-cv-01121-APG-DJA<br><br>**Order Setting Deadline for Proposed Joint Pretrial Order** |

Pursuant to the scheduling order, the proposed joint pretrial order was due 30 days after I ruled on dispositive motions. ECF No. 20 at 2.  I ruled on the parties' summary judgment motions on April 23, 2020. ECF No. 52.  The proposed joint pretrial order thus is overdue.

I THEREFORE ORDER that the parties shall file a proposed joint pretrial order by June 30, 2020.

DATED this 28th day of May, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE