UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>  Plaintiff<br><br>v.<br><br>DAVID WILLIS, et al.,<br><br>  Defendants | Case No.: 2:17-cv-01121-APG-DJA<br><br>**Order**<br><br>(ECF No. 60) |

The defendants' motion to extend the time to file a joint pretrial order (ECF No. 60) is GRANTED. The Joint Pretrial Order is due by **August 3, 2020.** However, I caution the parties that it is improper to list as trial exhibits such categories as "Any and all documents filed within this matter," and "all exhibits produced throughout this matter." *See* ECF No 60-1 at 8. Local Rule 16-3(b)(8) requires parties to list their specific trial exhibits, rather than vaguely referring to "all exhibits." Broad designations of exhibits make it impossible for the other party to object as required by Local Rule 16-3(b)(8)(B). And, Local Rule 16-3 is designed to force the parties to think hard about what evidence they need to prove their case at trial, in order to streamline trial preparation and presentation. The draft Joint Pretrial Order submitted as ECF No. 60-1 will be rejected if it is not more narrowly tailored.

Dated: July 23, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE