# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>    Plaintiff<br><br>v.<br><br>DAVID WILLIS, et al.,<br><br>    Defendants | Case No.: 2:17-cv-01121-APG-DJA<br><br>**Order Regarding Motions for Status of Pretrial Order and for Trial Date**<br><br>[ECF Nos. 70, 72] |

Plaintiff Lausteveion Johnson filed a motion for a status check on the pretrial order and a motion for a trial date. Johnson did not receive the pretrial order that I entered earlier because he did not update his address as required by Local Rule IA 3-1. Johnson's address since has been updated, so I direct the clerk of court to send Johnson copies of the pretrial order and the orders setting the settlement conference for November 2, 2020.

I THEREFORE ORDER that plaintiff Lausteveion Johnson's motions for status and for trial date **(ECF Nos. 70, 72) are GRANTED** in that I direct the clerk of court to send Johnson copies of the pretrial order (ECF No. 66), the order setting the original settlement conference (ECF No. 67), and the order rescheduling the settlement conference to November 2, 2020 (ECF No. 69), along with a copy of the docket sheet.

DATED this 16th day of October, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE