UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>RHOSHONDA SMITH, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-01121-APG-EJY<br><br>**ORDER TO PRODUCE INMATE FOR VIDEOCONFERENCE** |

TO: Warden, Lovelock Correctional Center, Lovelock, NV

**LAUSTEVEION JOHNSON, #82138,** is presently in the custody of the Nevada Department of Corrections at Lovelock Correctional Center, Lovelock, Nevada. Mr. Johnson's presence, via video, is needed for an upcoming hearing.

I THEREFORE RESPECTFULLY ORDER the Warden of Lovelock Correctional Center, Lovelock, NV, or designee, to arrange for and produce **LAUSTEVEION JOHNSON, #82138,** for a **videoconference hearing** via Zoom Technology, on **Tuesday, August 10, 2021**, at **1:30 p.m**., to attend the hearing in this case. Mr. Johnson shall remain in the custody of the Warden, Lovelock Correctional Center, Lovelock, NV at all times.

DATED: August 5, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE