# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>    Plaintiff<br><br>v.<br><br>DAVID WILLIS, et al.,<br><br>    Defendants | Case No.: 2:17-cv-01121-APG-EJY<br><br>**Order Denying Motions *in Limine***<br><br>[ECF Nos. 104, 110, 115] |

The parties have filed motions *in limine* without complying with Local Rule 16-3(a). Under that rule, a motion *in limine* "will not be considered unless the movant attaches a statement certifying that the parties have participated in the meet-and-confer process and have been unable to resolve the matter without court action."

I THEREFORE ORDER that the parties' motions *in limine* **(ECF Nos. 104, 110, 115) are DENIED without prejudice**.

DATED this 27th day of July, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE