# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAUSTEVEION JOHNSON, | Case No. 2:17-cv-01121-APG-EJY |
| Plaintiff, | **ORDER TO PRODUCE INMATE FOR VIDEOCONFERENCE** |
| v. | |
| WILLIS, *et al.*, | |
| Defendants. | |

TO: Warden, Northern Nevada Correctional Center, Carson City, NV

**Lausteveion Johnson, #82138,** is presently in the Nevada Department of Corrections custody at Northern Nevada Correctional Center, Carson City, Nevada.  Mr. Johnson's presence, via video, is needed for an upcoming hearing.

I THEREFORE RESPECTFULLY ORDER the Warden of Northern Nevada Correctional Center, Carson City, NV, or designee, to arrange for and produce **Lausteveion Johnson, #82138,** for a **videoconference hearing** via Zoom Technology, on **Tuesday, September 27, 2022, at 1:30 p.m**. Mr. Johnson shall remain in the custody of the Warden, Northern Nevada Correctional Center, Carson City, NV at all times.

DATED: September 21, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE