UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAUSTEVEION JOHNSON,

    Plaintiff

v.

DAVID WILLIS, et al.,

    Defendants

Case No.: 2:17-cv-01121-APG-EJY

**Order**

[ECF Nos. 122, 123, 126, 129, 132, 133, 142]

On September 27, 2022, I conducted a hearing on the pending motions. I stated my rulings in detail on the record. This order summarizes those rulings.

Defendants' motion in limine regarding vexatious litigant (ECF No. 122) is denied.

Plaintiff's motion in limine (ECF No. 123) is granted in part and denied in part.

Defendants' motion for exclusionary sanctions (ECF No. 126) is granted in part. Regarding the items listed on page 3 of the motion (ECF No. 126), numbers 5-12, 14-23, 25-27, and 29-30 will not be excluded because they are deemed to have been listed on the Joint Pretrial Order. Item numbers 1-4, 13, 24, and 28 were not listed on the Joint Pretrial Order and not produced during discovery. I told Plaintiff that if he wanted to offer these exhibits at trial, I would delay the trial and allow the defendants to conduct limited discovery. Plaintiff responded that he would rather delay the trial than forego the possibility of using the exhibits at trial. I therefore will allow the defendants additional time to conduct limited discovery regarding all items listed on page 3 of the motion. I will delay the trial if necessary. I granted Mr. Barnum's request to have until October 7, 2022 to make a final decision about discovery and the trial date.

Plaintiff's motion in limine (ECF No. 129) is denied.

Plaintiff's motion to amend pretrial order (ECF No. 132) is denied without prejudice.

Plaintiff's motion for electronic copy of dispositive motions (ECF No. 133) is denied.

Plaintiff's motion for exclusionary sanctions and request for oral argument (ECF No. 142) is denied as moot.

The defendants will notify Plaintiff whether they wish to delay the trial and conduct limited discovery. If so, the parties are to confer about a schedule for the defendants' limited discovery, dispositive motions based on the new documents (if necessary), an amendment to the Joint Pretrial Order, and a new trial date. If the parties can agree on a schedule, they will submit a stipulated schedule by October 7, 2022. If they cannot agree, the defendants will file a proposed schedule by October 7, 2022, and Plaintiff may file an opposition and proposed schedule by October 14, 2022.

DATED this 28th day of September, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE