AARON D. FORD
  Attorney General
LEO T. HENDGES (Bar No. 16034)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3795 (phone)
(702) 486-3773 (fax)
Email: lhendges@ag.nv.gov

*Attorneys for Defendants*
*Rashonda Smith and*
*Douglas Thrasher*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>        Plaintiff,<br><br>vs.<br><br>DAVID WILLIS, et al.,<br><br>        Defendants. | Case No. 2:17-cv-01121-APG-EJY<br><br>**MOTION TO VOLUNTARILY WITHDRAW DEFENDANTS' MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO REVOKE *IN FORMA PAUPERIS***<br>**(ECF NO. 157, 158)** |

    Defendants, Rashonda Smith (Smith) and Douglas Thrasher (Thrasher), by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Leo T. Hendges, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby move to withdraw the Defendants' Motion to Dismiss, or, in the Alternative, to Revoke *In Forma Pauperis* (ECF Nos. 157 and 158).

///
///
///
///
///
///

Page **1** of **3**

1  These motions were filed by a Senior Deputy Attorney General who no longer works for the Office of the Attorney General and, based upon representations made to Magistrate Judge Baldwin in a different case, we have agreed to withdraw these Motions.

DATED this 12th day of December, 2022.

> AARON D. FORD
> Attorney General
>
> By: /s/ Leo T. Hendges
> LEO T. HENDGES (Bar No. 16034)
> Deputy Attorney General
>
> *Attorneys for Defendants*

IT IS SO ORDERED:

Dated: December 13, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE