FRANK M. FLANSBURG III, ESQ., Nevada Bar No. 6974
fflansburg@bhfs.com
EMILY A. ELLIS, ESQ., Nevada Bar No. 11956
eellis@bhfs.com
MALIQ I. KENDRICKS, ESQ., Nevada Bar No. 15254
mkendricks@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone:   702.382.2101
Facsimile:   702.382.8135

*Attorneys for Plaintiff Lausteveion Johnson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DAVID WILLIS, et al.,<br><br>　　　　　　Defendants. | CASE NO. 2:17-cv-01121-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Plaintiff Lausteveion Johnson (*"Plaintiff"*), by and through his counsel of record Frank M. Flansburg III, Esq., Emily A. Ellis, Esq., and Maliq I. Kendricks, Esq., of the law firm Brownstein Hyatt Farber Schreck, LLP; and Defendants Rashonda Smith and Douglas Thrasher (*"Defendants,"* and together with Plaintiff, the *"Parties"*), by and through their counsel of record Leo T. Hendges, Esq., Deputy Attorney General, State of Nevada, Office of the Attorney General, hereby stipulate and agree, contingent on this Court's approval, as follows:

　　　　1.　　This stipulation is made pursuant to LR IA 6-1.

　　　　2.　　On July 11, 2023, Defendants filed their Motion for Summary Judgment (*"Defendants' Motion"*). *See* ECF No. 174.

　　　　3.　　Plaintiff's response to Defendants' Motion is currently due on August 1, 2023.

25855743.2

4. On July 10, 2023, Plaintiff's counsel was informed by Deputy Attorney General Andrew Nelson that Magistrate Judge Baldwin would like to discuss a global settlement in all of Plaintiff's cases, including the above captioned case and one other case with undersigned counsel.

5. As a result, the Parties agree and respectfully request that the deadline for Plaintiff to file a response to Defendants' Motion be extended until fourteen (14) days after the conclusion of any unsuccessful global settlement conference or mediation.

6. This is the first request for an extension of this deadline.

7. This stipulation is made in good faith and the request is not made in attempt to delay proceedings.

**IT IS SO STIPULATED**.

DATED this 19th day of July, 2023.

 /s/ Maliq I. Kendricks
Frank M. Flansburg, III., Esq.
Emily A. Ellis, Esq.
Maliq I. Kendricks, Esq.
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for Plaintiff Lausteveion Johnson*

DATED this 19th day of July, 2023.

 /s/ Leo T. Hendges
Aaron D. Ford, Esq.
Leo T. Hendges, Esq.
STATE OF NEVADA
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101

*Attorneys for Defendants Rashonda Smith and Douglas Thrasher*

**IT IS SO ORDERED**.

DATED: July 21, 2023

_____
UNITED STATES DISTRICT JUDGE

25855743.2

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, NV 89106