FRANK M. FLANSBURG III, ESQ., Nevada Bar No. 6974
fflansburg@bhfs.com
EMILY A. ELLIS, ESQ., Nevada Bar No. 11956
eellis@bhfs.com
MALIQ I. KENDRICKS, ESQ., Nevada Bar No. 15254
mkendricks@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Plaintiff Lausteveion Johnson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>          Plaintiff,<br><br>v.<br><br>DAVID WILLIS, et al.,<br><br>          Defendants. | CASE NO. 2:17-cv-01121-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

Plaintiff Lausteveion Johnson (*"Plaintiff"*), by and through his counsel of record of the law firm Brownstein Hyatt Farber Schreck, LLP; and Defendants Rashonda Smith and Douglas Thrasher (*"Defendants,"* and together with Plaintiff, the *"Parties"*), by and through their counsel of record of the State of Nevada, Office of the Attorney General, hereby stipulate and agree, contingent on this Court's approval, as follows:

1.     This stipulation is made pursuant to LR IA 6-1.

2.     On July 11, 2023, Defendants filed their Motion for Summary Judgment ("***Defendants' Motion***"). *See* ECF No. 174.

3.     Plaintiff's response to Defendants' Motion was originally due on August 1, 2023.

4.     On July 21, 2023, this Court granted the Parties' Stipulation and Order to Extend Time for Plaintiff to Respond to Defendants' Motion for Summary Judgment (First Request), extending the deadline for Plaintiff to file a response to Defendants' Motion until fourteen (14)

26172433.2

days after the conclusion on any unsuccessful global settlement conference or mediation. *See* ECF No. 176.

5. A settlement conference was held on October 5, 2023, which was unsuccessful.

6. As a result, Plaintiff's response to Defendants' Motion is currently due on October 19, 2023.

7. Plaintiff's counsel are restaffing this matter and need time to meaningfully consult with Plaintiff on Plaintiff's response to Defendants' Motion.

8. The parties agree and respectfully request that the deadline for Plaintiff to file a response to Defendants' Motion be extended one week to October 26, 2023.

9. This is the second request for an extension of this deadline.

10. This stipulation is made in good faith and is not made in an attempt to delay proceedings.

**IT IS SO STIPULATED**.

DATED this 18th day of October, 2023.                    DATED this 18th day of October, 2023.

/s/ Maliq I. Kendricks                                                     /s/ Leo T. Hendges
Frank M. Flansburg, III., Esq.                                    Aaron D. Ford, Esq.
Emily A. Ellis, Esq.                                                       Leo T. Hendges, Esq.
Maliq I. Kendricks, Esq.                                             STATE OF NEVADA
BROWNSTEIN HYATT FARBER                                Office of the Attorney General
SCHRECK, LLP                                                           555 E. Washington Ave., Ste. 3900
100 North City Parkway, Suite 1600                        Las Vegas, NV 89101
Las Vegas, NV 89106-4614

*Attorneys for Plaintiff Lausteveion Johnson*           *Attorneys for Defendants Rashonda Smith and Douglas Thrasher*

**IT IS SO ORDERED**.

DATED: October 19, 2023

_____
UNITED STATES DISTRICT JUDGE

26172433.2

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, NV 89106