```
1   AARON D. FORD
      Attorney General
2   LEO T. HENDGES (Bar No. 16034)
      Senior Deputy Attorney General
3   RUDOLF M. D'SILVA (Bar No. 16227)
      Deputy Attorney General
4   State of Nevada
    Office of the Attorney General
5   555 E. Washington Ave., Ste. 3900
    Las Vegas, Nevada 89101
6   (702) 486-3795 (phone)
    (702) 486-3773 (fax)
7   Email:  lhendges@ag.nv.gov
            rdsilva@ag.nv.gov
8
    Attorneys for Defendants
9   Rashonda Smith and
    Douglas Thrasher
10
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID WILLIS, et al.,<br><br>Defendants. | Case No. 2:17-cv-01121-APG-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Lausteveion Johnson, by and through counsel, Maliq I. Kendricks and Emily A. Ellis, and Defendants, Rashonda Smith and Douglas Thrasher, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, Leo T. Hendges, Senior Deputy Attorney General, and Rudolf M. D'Silva, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 15th day of July, 2024.   DATED this 15th day of July, 2024

                                        AARON D. FORD
                                        Attorney General

By: /s/ Maliq I. Kendricks             By: /s/ Leo T. Hendges
EMILY A. ELLIS (Bar No. 11956)    LEO T. HENDGES (Bar No. 16034)
MALIQ I. KENDRICKS (Bar No. 15254)    Senior Deputy Attorney General
*Attorneys for Plaintiff*    *Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED**. This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED July 16, 2024.

_____
UNITED STATES DISTRICT JUDGE